# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 10, 2026

Lyle W. Cayce
Clerk

No. 24-50888
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ROBERTO GALEAS-MEJIA,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:19-CR-1510-1

Before DAVIS, STEWART, and DUNCAN, *Circuit Judges*.

PER CURIAM:*

Roberto Galeas-Mejia appeals his convictions for conspiracy to transport illegal aliens, conspiracy to harbor illegal aliens, and conspiracy to launder monetary instruments.

With respect to his sufficiency challenges, he has not shown that, considering the evidence in a light most favorable to the prosecution, there is

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-50888

insufficient evidence to support his convictions. *See United States v. Meza*, 701 F.3d 411, 418 (5th Cir. 2012); *United States v. Chon*, 713 F.3d 812, 818 (5th Cir. 2013); *United States v. Jimenez-Elvirez*, 862 F.3d 527, 533-34 (5th Cir. 2017); *United States v. Cessa*, 785 F.3d 165, 173 (5th Cir. 2015).

AFFIRMED.